# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  WANDA REDUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-17-724-W |
| | ) | |
| 1.  STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) | *Honorable Lee R. West* |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Wanda Redus, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing.  Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/Kenyatta R. Bethea | s/Joseph T. Acquaviva, Jr. |
| Kenyatta R. Bethea, OBA #18650 | Joseph T. Acquaviva, Jr., OBA #11743 |
| kbethea@hbolaw.com | JTAcqua@aol.com |
| Dan Holloway, OBA #10341 | Zachary K. Housel, OBA #32802 |
| danholloway@hbolaw.com | Zach@wcalaw.com |
| **HOLLOWAY, BETHEA & OSENBAUGH** | **WILSON, CAIN & ACQUAVIVA** |
| 3035 N.W. 63rd, Suite 102N | 300 Northwest 13th Street, Suite 100 |
| Oklahoma City, OK 73116 | Oklahoma City, OK 73103 |
| Telephone: (405) 246-0600 | Telephone: (405) 236-2600 |
| Facsimile:  (405) 810-4080 | Facsimile:  (405) 231-0062 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

  X   I hereby certify that on the 26th day of February, 2018, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. Dan Holloway
danholloway@hbolaw.com
Mr. Kenyatta R. Bethea
kbethea@hbolaw.com
**HOLLOWAY, BETHEA & OSENBAUGH**
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
**ATTORNEYS FOR PLAINTIFF**

     I hereby certify that on the _____ day of _____, 2018, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

                                                                                      s/Joseph T. Acquaviva, Jr.
                                                                                       Joseph T. Acquaviva, Jr.